**Tennison DONG, Petitioner–Appellant,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent–Appellee.**

No. 08–72529.

United States Court of Appeals, Ninth Circuit.

Submitted May 12, 2009.*

Filed Oct. 16, 2009.

Tennison Dong, Washington, DC, pro se.

David I. Pincus, U.S. Department of Justice, Washington, DC, for Petitioner–Appellant.

Teresa T. Milton, Richard T. Morrison, Esquire, John A. Nolet, Gilbert Steven Rothenberg, Esquire, Deputy Assistant Attorney General, U.S. Department of Justice, Robert R. Di Trolio, Esquire, Clerk, U.S. Tax Court, Donald L. Korb, Esquire, Acting Chief Counsel, Washington, DC, for Respondent–Appellee.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: PREGERSON, CANBY, and BERZON, Circuit Judges.

### ORDER

Tennison Dong's petition for panel rehearing is granted.

The memorandum disposition filed on May 26, 2009, 330 Fed.Appx. 674, is withdrawn. A replacement memorandum disposition will be filed concurrently with this order.

Dong's motion to file excerpts of record with his petition for panel hearing is also granted.